## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sarwee D. Nyankun | | CHAPTER 13 |
| Debtor(s) | | |
| PENNSYLVANIA HOUSING FINANCE AGENCY | | |
| Movant | | |
| vs. | | NO. 16-18674 JKF |
| Sarwee D. Nyankun | | |
| Debtor(s) | | |
| Scott Waterman | | |
| Trustee | | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 6th day of March, 2019, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6710 Lebanon Avenue , Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

_Jean K. FitzSimon_

United States Bankruptcy Judge.

Jean K. FitzSimon

Sarwee D. Nyankun
6710 Lebanon Avenue
Philadelphia, PA 19151

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue (VIA ECF)
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532