| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-18674-AMC

SARWEE D NYANKUN
6710 LEBANON AVENUE
PHILADELPHIA PA    19151

Petition Filed Date: 12/19/2016
341 Hearing Date: 03/03/2017
Confirmation Date: 07/26/2017

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $180.00 | | 02/21/2019 | $180.00 | | 03/20/2019 | $180.00 | |
| 04/22/2019 | $180.00 | | 05/20/2019 | $180.00 | | 06/24/2019 | $180.00 | |
| 07/22/2019 | $180.00 | | 07/22/2019 | $180.00 | | 08/19/2019 | $180.00 | |
| 09/20/2019 | $180.00 | | 10/23/2019 | $180.00 | 6271754000 | 11/20/2019 | $180.00 | 6342738000 |
| 12/26/2019 | $180.00 | 6418234000 | 01/21/2020 | $180.00 | 6496841000 | 02/18/2020 | $180.00 | 6568876000 |
| 03/19/2020 | $180.00 | 6621035000 | 04/20/2020 | $180.00 | 6671146000 | 05/20/2020 | $180.00 | 6785230000 |
| 06/19/2020 | $180.00 | 6837278000 | 07/20/2020 | $180.00 | 6922284000 | | | |

**Total Receipts for the Period: $3,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,040.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | UNITED STATES TREASURY (IRS) <br>»» 002 | Priority Crediors | $4,856.00 | $4,515.30 | $340.70 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br>»» 004 | Unsecured Creditors | $5,380.80 | $0.00 | $5,380.80 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br>»» 005 | Unsecured Creditors | $1,095.64 | $0.00 | $1,095.64 |
| 8 | PA HOUSING FINANCE AGENCY <br>»» 008 | Mortgage Arrears | $1,910.60 | $0.00 | $1,910.60 |
| 1 | PHILADELPHIA GAS WORKS <br>»» 001 | Unsecured Creditors | $170.90 | $0.00 | $170.90 |
| 7 | PNC BANK <br>»» 007 | Unsecured Creditors | $7,019.52 | $0.00 | $7,019.52 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES <br>»» 006 | Unsecured Creditors | $373.58 | $0.00 | $373.58 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br>»» 003 | Unsecured Creditors | $1,191.34 | $0.00 | $1,191.34 |
| 9 | DAVID M OFFEN ESQUIRE <br>»» 009 | Attorney Fees | $2,494.00 | $2,494.00 | $0.00 |

**Chapter 13 Case No. 16-18674-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,040.00 | Current Monthly Payment: | $180.00 |
| Paid to Claims: | $7,009.30 | Arrearages: | ($360.00) |
| Paid to Trustee: | $706.70 | Total Plan Base: | $10,740.00 |
| Funds on Hand: | $324.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.