| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-18674-AMC

SARWEE D NYANKUN
6710 LEBANON AVENUE
PHILADELPHIA  PA    19151

Petition Filed Date: 12/19/2016
341 Hearing Date: 03/03/2017
Confirmation Date: 07/26/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $180.00 | 6496841000 | 02/18/2020 | $180.00 | 6568876000 | 03/19/2020 | $180.00 | 6621035000 |
| 04/20/2020 | $180.00 | 6671146000 | 05/20/2020 | $180.00 | 6785230000 | 06/19/2020 | $180.00 | 6837278000 |
| 07/20/2020 | $180.00 | 6922284000 | 08/17/2020 | $180.00 | 7018358000 | 09/21/2020 | $180.00 | 7100951000 |
| 10/19/2020 | $180.00 | 7158634000 | 11/20/2020 | $180.00 | 7248832000 | 12/21/2020 | $180.00 | 7296041000 |
| 01/19/2021 | $180.00 | 7390237000 | 02/19/2021 | $180.00 | 7390238000 | 03/22/2021 | $180.00 | 7390239000 |
| 04/20/2021 | $180.00 | 7390240000 | 05/19/2021 | $180.00 | 7390241000 | | | |

**Total Receipts for the Period: $3,060.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,840.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | UNITED STATES TREASURY (IRS) »» 002 | Priority Creditors | $4,856.00 | $4,856.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $5,380.80 | $0.00 | $5,380.80 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $1,095.64 | $0.00 | $1,095.64 |
| 8 | PA HOUSING FINANCE AGENCY »» 008 | Mortgage Arrears | $1,910.60 | $1,479.10 | $431.50 |
| 1 | PHILADELPHIA GAS WORKS »» 001 | Unsecured Creditors | $170.90 | $0.00 | $170.90 |
| 7 | PNC BANK »» 007 | Unsecured Creditors | $7,019.52 | $0.00 | $7,019.52 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $373.58 | $0.00 | $373.58 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $1,191.34 | $0.00 | $1,191.34 |
| 9 | DAVID M OFFEN ESQUIRE »» 009 | Attorney Fees | $2,494.00 | $2,494.00 | $0.00 |

**Chapter 13 Case No. 16-18674-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,840.00 | Current Monthly Payment: | $180.00 |
| Paid to Claims: | $8,829.10 | Arrearages: | ($360.00) |
| Paid to Trustee: | $848.90 | Total Plan Base: | $10,740.00 |
| Funds on Hand: | $162.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.